**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

Guy R. Humphrey
United States Bankruptcy Judge

**Dated: September 15, 2010**

_____

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | |
|---|---|
| In re: SHELLENIA M. NICLEY<br>RAYMOND T. NICLEY,<br><br>*Debtors* | Case No.   05-31000<br><br>Judge Humphrey<br>Chapter 7 |

**Order Denying Motion for Payment of Unclaimed Funds, Without Prejudice**

On September 13, 2010, Dilks & Knopik, LLC, Attorney in Fact for AurGroup Financial Credit Union, Inc., a claimant in this case, filed an *Application for Release of Unclaimed Funds* (Doc. 40) (the "Application").

Upon review of the Application, the court notes that it contains a 20 day notice instead of the mandatory 21 day notice. *See* Local Bankruptcy Rule 9013-1 concerning noticing of motions. The court finds no basis to grant the relief sought in the Application based on limited notice.

Based on the foregoing, the Application (Doc. 40) is **denied, without prejudice to the filing of an appropriate motion for withdrawal of unclaimed funds, which provides proper notice**.

**IT IS SO ORDERED.**

Copies to:

Default List

United States Attorney's Office, Federal Building, 200 W. Second Street, #602, Dayton, Ohio 45402

###